# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:25-CV-00489-FDW

| | |
|---|---|
| DEBORAH ANN WALKER, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Amended Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. No. 4.) In this matter, Plaintiff is seeking review of a final determination denying claims for a period of disability and disability insurance benefits under the Social Security Act. (Doc. No. 1.)

Federal courts can allow a litigant to prosecute or defend a civil action without paying the usual required fees if the litigant submits an affidavit containing a statement of the litigant's assets and demonstrating that he cannot afford to pay the required fees. 28 U.S.C. § 1915(a)(1). An impoverished plaintiff does not have to prove that he is "absolutely destitute to enjoy the benefit of the statute." Adkins v. E.I. Du Pont de Nemours & Co., 335 U.S. 331, 339 (1948). The individual seeking to proceed in forma pauperis need only show indigence or poverty sufficient to demonstrate his inability to provide for the necessities of life while paying the costs of litigation. Id. at 339–40. If a court determines at any time that the allegation of poverty made in an in forma pauperis application is "untrue," then the court "shall dismiss the case." 28 U.S.C. § 1915(e)(2)(A).

The Court reviewed Plaintiff's Amended Motion and Affidavit in support, (Doc. No. 4), and concludes it is insufficient to allow this Court meaningful review. Plaintiff fails to provide an

explanation as to how she supports herself. (Id.) Plaintiff represents she has no income and no expenses, but she fails to provide any explanation other than she "ha[s] no income due to trauma." (Id.) Therefore, Plaintiff's Application will be denied without prejudice for Plaintiff to either pay the filing fee or more fully explain her inability to pay the costs of these proceedings. Plaintiff is allowed twenty-one days to amend her Application or pay the filing fee. <u>Plaintiff is cautioned that failure to comply with this Order will result in dismissal of the Complaint without prejudice and this case will be closed without further notice.</u>

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Application to Proceed in District Court Without Prepaying Fees or Costs, (Doc. No. 4), is **DENIED without prejudice** to pay the filing fee or refile an amended Application within twenty-one (21) days of this Order.

**IT IS SO ORDERED.**

Signed: September 9, 2025

Frank D. Whitney
Senior United States District Judge